**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BLACK WOLF ROD & GUN CLUB, INC., | : | No. 832 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| INTERNATIONAL DEVELOPMENT | : | |
| CORPORATION, PENNLYCO, LTD., | : | |
| SOUTHWESTERN ENERGY | : | |
| PRODUCTION COMPANY, AND | : | |
| VIRGINIA ENERGY CONSULTANTS, | : | |
| LLC, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.